# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Janie REYES-MARINO

**Criminal Complaint**

CASE NUMBER: 07- 142M (MPT)

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about August 5, 2007, in New Castle County, in the State and District of Delaware, Defendant knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, did transport, move, and attempt to transfer and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (a)(1)(B)(i).

I further state that I am a(n) __Special Agent, Department of Homeland Security, ICE,__ and that this complaint is based
                                                 Official Title

on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:   Yes X

Patrick M. McCall
Signature of Complainant
Patrick M. McCall
Special Agent, ICE

FILED
AUG - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

August 6, 2007    at    Wilmington, DE
Date                       City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

**UNITED STATES v. Manlio Yovani MARTINEZ-RODRIGUEZ**    C & W No. 07-

**Janie REYES-MARINO**

## AFFIDAVIT

Your affiant is a Special Agent of the United States Immigration and Customs Enforcement (ICE) at Philadelphia, Pennsylvania and has been so employed for approximately eighteen and one half (18 1/2) years. Being duly sworn, your affiant deposes and says as follows:

1. On August 5, 2007, Delaware State Police Trooper LLOYD was responded to the Abbey Medical Center, 1 Centurian Drive, Newark, Delaware for a call relating to a burglary alarm. Upon arrival, Trooper LLOYD observed a white 2006 Chevy van in the parking lot being operated by a Hispanic female. The female later, identified as Janie REYES-MERINO, appeared suspicious upon observing Trooper LLOYD and attempted to leave the parking lot in the van. Trooper LLOYD subsequently conducted a vehicle stop on the van to identify the driver. Pursuant to the traffic stop, Trooper LLOYD observed that the van contained approximately ten (10) Mexican, Guatemalan, and Honduran nationals. The individuals in the van admitted that they were in the United States illegally and were transported to the Delaware State Police Troop 6 for further identification. A search of one of the female aliens being transported in the van revealed

approximately $2802.00 in United States currency, receipts for this trip, and a ledger of names containing aliens being driven, their destination, and dollar amounts paid.

2. On August 5, 2007, ICE Special Agent William HORN and your affiant interviewed Janie REYES-MERINO. After advising REYES-MERINO OF her Miranda rights, REYES-MERINO agreed to speak without the presence of an attorney. REYES-MERINO admitted that she and her boyfriend, Manlio Yovani MARTINEZ-RODRIGUEZ, were employed by Reina Del Sur, a transportation company that drives aliens across the United States. REYES-MERINO further stated that she had been employed for approximately three (3) months and would make $500.00 for each trip she would make. REYES-MERINO also stated that she left Houston, Texas on or about Friday, August 3, 2007 with her boyfriend, MARTINEZ-RODRIGUEZ, and approximately eighteen (18) foreign nationals. As part of this trip, stops had already been made in Atlanta, Georgia, Spartenburg, South Carolina, and Charlotte, North Carolina to deliver approximately eight (8) aliens. REYES-MERINO admitted that she knew her boyfriend, MARTINEZ-RODRIGUEZ, and all of the aliens in the van were illegal through her conversation with them. REYES-MERINO also admitted that she that she told MARTINEZ-RODRIGUEZ that they were illegal as well. REYES-MERINO stated that when she observed the officer approaching her vehicle that she gave the money and ledgers to a female in the van for fear of them being discovered.

REYES-MERINO also admitted that some of the money ($2800.00) was payment that she would receive from family members of the aliens that she was transporting upon their arrival at their final destination.

3. On August 5, 2007, ICE Special Agent William HORN and your affiant interviewed Manlio Yovani MARTINEZ-RODRIGUEZ. After advising MARTINEZ-RODRIGUEZ his Miranda rights, MARTINEZ-RODRIGUEZ agreed to speak without the presence of an attorney. MARTINEZ-RODRIGUEZ admitted that he was the boyfriend of Janie REYES-MERINO and that they had left Houston, Texas on or about Friday, August 3, 2007. MARTINEZ-RODRIGUEZ further admitted that he was in the United States illegally and had entered in March of 2000 at Calexico, California. MARTINEZ-RODRIGUEZ stated that he had been living with REYES-MERINO for approximately five (5) months. MARTINEZ-RODRIGUEZ further admitted that he assisted his girlfriend, REYES-MERINO, with driving the van from Texas to Delaware.

Your affiant avers that there is probable cause to believe that on or about August 5, 2007, at Wilmington, Delaware in the District of Delaware, that Manlio Yovani MARTINEZ-RODRIGUEZ and Janie REYES-MARINO , did transport illegal aliens in the United States, in violation of Title 8, United States Code, sections 1324(a)(1)(A)(ii) & (a)(1)(B)(i).

*Patrick M. McCall*
PATRICK M. MCCALL
Special Agent
U.S. Immigration and Customs Enforcement (ICE)