UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
)  CASE NO. 07-142 m (MPT)
)
vs. )
Janie Reyes-Marino )
)
)
      Defendant. )

## O R D E R

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this **6th** day of **August, 2007,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                 _____
                                 Honorable Mary Pat Thynge
                                 U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

AUG - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE