AO 432 (Rev. 2/84)

Administrative Office of the United States Courts   07-142M

**WITNESS AND EXHIBIT RECORD**   U.S. v. REYES-MARIN

PREL / DET HRG

| DATE 8/13/07 | CASE NUMBER 07-142M | OPERATOR KINCAID | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| PATRICK MCCALL ICE SPECIAL AGENT (SWORN) | | 8:13 AM | 9:17 AM | 9:21 EXCUSED | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Ext 1 | COPY OF AFFIDAVIT OF CRIMINAL COMPLAINT 07-142M & 07-143M | NO OBJ | NO OBJ |

FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE