AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Janie REYES-MARINO

## WARRANT FOR ARREST

CASE NUMBER: 07- 142 M (MPT)

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest Janie REYES-MARINO when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __8__ United States Code, Section (s) 1324(a)(1)(A)(ii) & (a)(1)(B)(i)

**FILED AUG 1 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

August 6, 2007    Wilmington, DE
Date and Location

by _Mary Pat Thynge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm. DE |

| DATE RECEIVED 8-6-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-6-07 | William Davis, DUSM | William Davis |

AO 442 (Rev. 12/85) Warrant for Arrest